■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN SAMPEL, Appellant. [803 NYS2d 498]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered December 6, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed.

Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of criminal possession of a controlled substance in the second degree (Penal Law § 220.18) and sentencing him to an indeterminate term of seven years to life imprisonment. On appeal, defendant contends that he has been denied equal protection of the law under the Rockefeller Drug Law Reform Act ([Act] L 2004, ch 738) and that the Act therefore is unconstitutional. We dismiss the appeal because defendant fails to raise any contention with respect to an "error or defect in the criminal court proceedings" resulting in the judgment from which he appealed (CPL 470.15 [1]; *see generally* CPL 470.60 [1]). Present—Scudder, J.P., Martoche, Pine, Lawton and Hayes, JJ.

■ DEBRA WEAVER, Individually and as Parent and Natural Guardian of ADAM WEAVER, an Infant, Appellant, v JASON FRITH, Defendant, and LYNN HEINTZ, Individually and as Executor of RUTH HEINTZ, Deceased, and as Administrator/Executor of the Estate of DENNIS HEINTZ, Deceased, Respondent. (Action No. 1.) JASON A. FRITH, Appellant, v LYNN HEINTZ, Individually and as Executor of RUTH HEINTZ, Deceased, and as Administrator/Executor of the Estate of DENNIS HEINTZ, Deceased, Respondent. (Action No. 2.) [803 NYS2d 508]—Appeals from a judgment of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered August 19, 2004. The judgment granted the motion of defendant Ruth Heintz, individually and as administrator/executor of the estate of Dennis Heintz, deceased, for summary judgment dismissing the complaints and all cross claims against her.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Martoche, Pine, Lawton and Hayes, JJ.